UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| CHAD NICHOLAS NELSON, | Civil No. 23-2122 (JRT/LIB) |
| Plaintiffs, | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| v. | |
| KEITH ELLISON, MINNESOTA ATTORNEY GENERAL; MINNESOTA DISTRICT JUDGES ASSOCIATION; AUTHORS OF THE TRIAL HANDBOOK FOR MINNESOTA LAWYERS; AUTHORS OF MINNESOTA PRACTICE SERIES CRIMINAL LAW AND PROCEDURE; AUTHORS OF AND EDUCATORS OF THE MINNESOTA DISTRICT JUDGES CRIM. BENCH BOOK; ALL MINNESOTA PROSECUTORS; | |
| Defendants, | |

_____

Chad Nicholas Nelson, OID No. 254513, **MCF Rush City,** 4600 525th Street, Rush City, MN  55069, *pro se* Plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Plaintiff Chad Nicholas Nelson's claims as alleged against Defendant Keith Ellison are **DISMISSED without prejudice** for lack of subject matter jurisdiction;

2. The remainder of the Complaint is **DISMISSED without prejudice** as frivolous.

3. Plaintiff's Injunction Motion, [Docket No. 2], is **DENIED as moot**;

4. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, [Docket No. 5], is **DENIED as moot**; and

5. Plaintiff's Motion for "copy costs added to filing fees," [Docket No. 8], is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 15, 2023       s/John R. Tunheim
at Minneapolis, Minnesota     JOHN R. TUNHEIM
                                          United States District Judge